

**FILED**

10/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0232

## IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0232

IN RE THE PETITION OF ZACHARY KRUMM
FOR ADMISSION TO THE BAR OF THE STATE          O R D E R
OF MONTANA

Zachary Krumm has filed a motion for admission to the Bar of the State of Montana pursuant to Rule III and Rule X of the Rules for Admission, upon examination. Krumm also requests leave to be sworn in by the Honorable Kurt Krueger, District Court Judge for the Montana Second Judicial District. The Bar Admissions Administrator of the State Bar of Montana has informed the Court that Krumm passed the July 2023 Bar Examination and that the Commission on Character and Fitness has certified that Krumm has satisfied the requirements prerequisite to admission. Therefore,

IT IS HEREBY ORDERED that upon payment of any application fees and completion of any other processing requirements as set forth by the Bar Admissions Administrator, Zachary Krumm may be sworn in to the practice of law in the State of Montana by the Honorable Kurt Krueger, District Court Judge for the Montana Second Judicial District.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 10 day of October, 2023.

_____
Chief Justice

_____

**FILED**

OCT 10 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

_____

_____
Justices